Exhibit

**STATE OF TEXAS**         **Civil Action No.: _____**

**COUNTY OF HARRIS**        **UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**Matthew Jamal Jackson, Individually and as Owner of Save A Life Homes, LLC**

United States Courts
Southern District of Texas
FILED

**Plaintiff,**

**8230 Glen Valley Dr Houston, Texas 7706/**

SEP 1 2 2025

**v.**

Nathan Ochsner, Clerk of Court

**Mayra Amezquita, Rubi Villafana;**

**8311 Cayton St, Houston, Texas 77061**

**Defendants.**

## MEMORANDUM OF LAW

**IN SUPPORT OF PLAINTIFF'S ORIGINAL COMPLAINT AND COMPLAINT FOR DECLARATORY JUDGMENT, TRESPASS TO TRY TITLE, TRESPASS, INTERFERENCE WITH PROPERTY, DAMAGES, AND INJUNCTIVE RELIEF, AND PLAINTIFF'S SUPPORTING BRIEF IN SUPPORT OF TEMPORARY AND PERMANENT INJUNCTION**

**Declaration under Penalty of penalty of Mr. Matthew Jackson, Mr. Matthew Jackson, being competent to make this declaration and having personal knowledge of the matters stated herein, declares pursuant to 28 U.S.C 1746:**

## A. JURISDICTION AND VENUE

1. This Court has federal question jurisdiction under 28 U.S.C. §1331 because Plaintiff asserts claims under 42 U.S.C. §§1983 & 1985 and alleges deprivation of property rights without due process in violation of the Fifth and Fourteenth Amendments.

2. This Court has supplemental jurisdiction over Plaintiff's state-law claims (Trespass to Try Title, Trespass, Interference with Property, Declaratory Judgment) pursuant to 28 U.S.C. §1367 because these claims arise from the same nucleus of operative facts.

3. Venue is proper under 28 U.S.C. §1391 because the property at issue is located in Harris County, Texas, within this District, and Defendants reside or may be found in this District.

**B. PARTIES**

Plaintiff: Matthew Jamal Jackson, Individually and as Owner of Save A Life Homes, Inc., claiming peaceable possession and title of the property described below.

Defendants: Mayra Amezquita, ... Defendants may be served at their last known address or wherever they may be found. Citation by publication is requested if necessary under Fed. R. Civ. P. 4.

**C. FACTS**

1. Plaintiff is in peaceable possession of the property ("Property"):

> Legal Description: LOT EIGHT (8), BLOCK EIGHT (8), GLENBROOK VALLEY, SECTION THREE (3), HARRIS COUNTY, TEXAS
> Common Address: 8230 Glen Valley Dr, Houston, TX 77061
> Parcel #: 082-564-000-0008

2. Plaintiff has filed an Affidavit of Adverse Possession and/or a Warranty Deed in the real property records of Harris County, Texas, reflecting a claim of right.
3. Plaintiff has exercised acts consistent with ownership, including securing the property, maintaining premises, filing corporate leases, and controlling utilities.
4. Defendants abandoned the property for over six years but recently attempted to interfere, including breaking windows, changing locks, and tampering with utilities.

**D. CAUSES OF ACTION**

Count 1 – Trespass to Try Title

(Pursuant to Tex. Prop. Code §22.001)

> Plaintiff asserts superior right to possession and title under adverse possession, color of title, and peaceable possession.

Count 2 – Declaratory Judgment

(Pursuant to Tex. Civ. Prac. & Rem. Code §37.004 & 28 U.S.C. §2201)

> Plaintiff seeks a declaration of rights regarding the Property, including recognition of Plaintiff's peaceable possession and right to exclude others pending full vesting of title.

Count 3 – Trespass & Interference with Property

> Defendants' unlawful entry, vandalism, lock tampering, and threats constitute trespass and interference. Plaintiff is entitled to damages and injunctive relief.

Count 4 – Federal Civil Rights Violations

(42 U.S.C. §§1983 & 1985)

> Defendants, acting under color of law or in concert with state actors, deprived Plaintiff of property rights without due process, violating the Fifth and Fourteenth Amendments.

Count 5 – Due Process & Takings Clause

(U.S. Const. amend. V, XIV)
> Any attempt to seize or dispossess Plaintiff without due process or just compensation is unconstitutional.

Count 6 – Injunctive Relief

> Plaintiff seeks temporary and permanent injunctions prohibiting Defendants from interfering with Plaintiff's possession pending resolution of title.

## E. PLAINTIFF'S SUPPORTING BRIEF IN SUPPORT OF TEMPORARY AND PERMANENT INJUNCTION

I. Declaration

"I, Matthew Jamal Jackson, declare pursuant to 28 U.S.C. §1746 that the foregoing is true and correct under penalty of perjury."

II. Legal Standard for Injunctive Relief

Courts consider:

> 1. Likelihood of success on the merits
>
> 2. Irreparable harm if injunction not granted
> 3. Balance of harms
> 4. Public interest

III. Exclusive Possession & Federal Case Law

> Plaintiff meets all elements of adverse possession: open, notorious, hostile, exclusive, continuous possession since August 22, 2023.
>
> Supporting U.S. Supreme Court cases: Sharon v. Tucker, 144 U.S. 533 (1892); Root v. Woolworth, 150 U.S. 401 (1893); United States v. Causby, 328 U.S. 256 (1946); Wilkins v. U.S., 598 U.S. 152 (2023).

IV. Constitutional Rights Violated

Fourth Amendment: Protection from unlawful trespass and seizure

Fifth Amendment: Due process before deprivation of property
Fourteenth Amendment: Equal protection and state action violations

V. Irreparable Harm

Without injunctive relief, Plaintiff faces:

Unlawful eviction

Ongoing trespass and property damage
Jeopardy to statutory adverse possession claim

## F. SUPPORTING CASE LAW

Texaco, Inc. v. Wolfe, 601 S.W.2d 737 (Tex. Civ. App.—Houston [1st Dist.] 1980)

Brumley v. McDuff, 616 S.W.2d 826 (Tex. Civ. App.—Houston [14th Dist.] 1981)
Byrd v. Hunt, 392 S.W.2d 208 (Tex. 1965)
Rogers v. Ricane Enterprises, 772 S.W.2d 76 (Tex. 1989)
Mennonite Bd. of Missions v. Adams, 462 U.S. 791 (1983)
Fuentes v. Shevin, 407 U.S. 67 (1972)
United States v. James Daniel Good Real Property, 510 U.S. 43 (1993)
Winter v. NRDC, 555 U.S. 7 (2008)

## G. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

1. Quiet title and award possession of the Property to Plaintiff

2. Declare Plaintiff's rights under state and federal law
3. Issue a Temporary and Permanent Injunction prohibiting Defendants from entering, interfering with, or damaging the Property
4. Award damages, costs, and attorney's fees as allowed by law
5. Award statutory damages under Texas Penal Code §§30.05 (Trespass), 28.03 (Criminal Mischief), and 28.03(b) (Interference with Utilities)
6. Grant such other legal or equitable relief the Court deems proper

Declaratory Judgment Relief:

Plaintiff is the current peaceable possessor of the Property

Plaintiff has the right to remain in possession pending resolution of adverse possession and title claims
Defendants and all persons claiming through them have no lawful right to interfere
Any eviction, seizure, or interference absent court order would violate Plaintiff's due process rights under the U.S. and Texas Constitutions

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/3/3025

Respectfully submitted,
Matthew Jamal Jackson
Individually & as Owner of Save A Life Homes, LLC
8230 Glen Valley Dr Houston, TX 77061
Email: savealifehomes01@gmail.com
Phone: 646-588-9376 Pro Se Plaintiff

## Certificate of Service

I certify that a true and correct copy of this Complaint has been served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Matthew Jamal Jackson