United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMAL JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04354 |
| | § | |
| MAYRA AMEZQUITA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Matthew Jackson ("Plaintiff") filed his Notice of Voluntary Dismissal (Doc. #10) on February 24, 2026. IT IS, THEREFORE, ORDERED that Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE.

The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

MAR 16 2026
Date

The Honorable Alfred H. Bennett
United States District Judge