United States District Court
Southern District of Texas
**ENTERED**
March 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMAL JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04354 |
| | § | |
| MAYRA AMEZQUITA, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## RECUSAL ORDER

I stand recused in this case.

It is so ORDERED.

**MAR 2 0 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge