# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMAL JACKSON | § | |
| *Plaintiff,* | § | |
| V. | § | Civil Action No. 4:25-CV-04354 |
| MAYRA AMEZQUITA. ET AL | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT CITY OF HOUSTON

TO THE HONORABLE COURT:

Comes now attorney Natoya Inglis of the General Litigation Department of the City of Houston and presents notice to the court and all counsel that she is making an appearance as counsel representing Defendant City of Houston.

Respectfully submitted,

**ARTURO G. MICHEL**
**City Attorney**
BRIAN AMIS
Chief, General Litigation Section

/s/ Natoya Inglis
NATOYA INGLIS
Assistant City Attorney
Southern District Bar No. 3909990
Texas State Bar No. 24143039
City of Houston Legal Department
P.O. Box 368
Houston, Texas 77001-368
900 Bagby, 4th Floor
Houston, Texas 77002
Telephone: 832.393.6415

Fax: 832.393.6259
Email: natoya.inglis@houstontx.gov

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026, a copy of the foregoing pleading has been forwarded to all counsel of record by electronic filing on this 14th day of April 2026.

Matthew Jamal Jackson
Individually & as Owner of Save A Life Homes, LLC
8230 Glen Valley Drive
Houston, TX 77061
Telephone: (646) 588-9376
Pro Se Plaintiff

*/s/ Natoya Inglis*
Natoya Inglis