

OFFICE OF THE
HARRIS COUNTY ATTORNEY
**JONATHAN FOMBONNE**

April 2, 2026

Via email:  Kimberly_Picota_cm4147@txs.uscourts.gov


The Honorable George Hanks
Southern District of Texas
515 Rusk, Suite 6202
Houston, Texas 77002

Re:    Civil Action No. 4:25-cv-4354; *Jackson v. Constable Precinct 2;* In the United
       States District Court Southern District of Texas Houston Division

Dear Judge Hanks:

This is a pre-motion request for leave to file a Rule 12 motion to dismiss all claims against Defendant Harris County Constable Precinct 2.  I conferred with Mr. Matthew Jamal Jackson (the Plaintiff) yesterday via email, but received no response.

### Nature of Suit

Plaintiff appears to assert claims related to real property disputes and eviction proceedings.  On December 15, 2025, the Court entered an order directing Plaintiff to "properly serve the defendants and file proof of service on the court's docket."  [Doc. #8]. On February 24, 2026, the Memorandum and Recommendation of the Magistrate Judge recommended that the case be dismissed without prejudice for failure to serve the Defendants.  On March 19, 2026, Defendant Harris County Constable Precinct 2 was served via certified mail.

### Statement of Facts

It is unclear how the Harris County Constable Precinct 2 is involved in this case. Plaintiff asserts claims against municipal, county, state and federal defendants and alleges claims under the First, Fourt, Fifth and Fourteenth Amendments as well as claims for equitable relief.

### Agreement reached by the parties

No agreement has been reached.

### Basis for the anticipated motion

Jackson  v. Harris County
P a g e  | 2

Constable Precinct 2 asserts that Plaintiff has failed to state a claim for which relief can be granted.  Furthermore, Harris County Constable Precinct 2 is non sui juris.  Aside from the pleading deficiencies on federal and equitable claims, any state-based claims fall within the ambit of the Texas Tort Claims Act and its provisions of immunity.

Harris County Constable Precinct 2 requests leave to file its motion to dismiss.  We appreciate the Court's consideration of this request.

Very respectfully,

*/s/ James C. Butt*

James C. Butt


cc.  Mr. Matthew Jamal Jackson, Pro Se
 (email: savealifehomes01@gmail.com; savealifehomes06@gmail.com)
Michelle C. Taylor
(email:  Michelle.Taylor2@houstontx.gov