**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

MATTHEW JAMAL JACKSON                §
                                                        §
   Plaintiff(s),                          §
VS.                                                    §        CIVIL ACTION NO. 4:25−cv−04354
                                                        §
MAYRA AMEZQUITA, et al.                  §
                                                        §
   Defendant.                             §

## NOTICE OF RESETTING

   A Pre−Motion Conference has been set in this matter for 02:00 PM on 5/27/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

   Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1617983346?pwd=jmI4vfEDyVpH19ZweqdYn0eekA3Frk.1*
Meeting phone number: 1−669−254−5252
Meeting ID: 161 798 3346
Meeting Password: 885657

   Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 5/13/2026                         Kimberly Picota
                                                  cm4147@txs.uscourts.gov
                                                  Case Manager to
                                                  U.S. District Judge George C. Hanks, Jr.