UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

§
§
§    CASE NO. *4:25cv4854*
§
§

v.

_____ *USB Exhibit* _____

_____

_____

_____

_____

**DOCUMENT IS:**

☑ **LOOSE IN FILE**

☐ **IN VAULT SEALED**

☐ **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #_____**