UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JAMAL JACKSON, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04354 |
| | § | |
| MAYRA AMEZQUITA, *et al.*, | § | |
|     Defendants. | § | |

## <u>ORDER</u>

Pending before the Court are two Motions for Alternative Service filed by Plaintiff (Dkts. 46, 48). After careful review of the briefing and the record, the Court **DENIES** these requests (Dkts. 46, 48).

First, Plaintiff requests leave to serve "all Defendants whose physical addresses are unknown, including but not limited to Mayra Amezquita and Rubi Villafana" by electronic mail. (Dkt. 46 at p. 4). Plaintiff only asserts that he attempted to find "Defendants'" physical addresses by reviewing private records, conducting searches of the internet and public record, and reviewing prior correspondence. (*Id*. at p. 2). The Court finds this is insufficient to allow Plaintiff to serve "all Defendants whose physical addresses are unknown" by electronic mail—especially as Plaintiff's allegations are not particular to whichever of the 29 remaining defendants who's address he does not possess. The Court **DENIES** Plaintiff's motion (Dkt. 46).

Next, Plaintiff requests leave to serve "Defendants and associated government counsel through" seven electronic mail addresses. (Dkt. 48 at p. 5). Plaintiff asserts that he

1 / 2

conducted "good-faith efforts to effect service" on thirteen defendants. (*Id*. at pp. 3 – 4). Plaintiff does not explain how the seven electronic mail addresses listed—one of which is that of this Court's case manager—will allow him to serve the thirteen defendants. Accordingly, the Court **DENIES** Plaintiff's motion (Dkt. 48).

In a hearing on May 27, 2026, the Court ordered Plaintiff to serve the remaining defendants within 30 days of this order. (Dkt. 44 at pp. 1 – 2). As such, the Court **ORDERS** Plaintiff to serve the remaining defendants **by Thursday, July 2, 2026**. Failure to do so may result in the dismissal of Plaintiff's claims against those defendants for want of prosecution.

SIGNED at Houston, Texas on June 2, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

2 / 2