AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Save A Life Homes, LLC
Matthew Jackson
_____
*Plaintiff(s)*

v.

Houston Housing Authority
Adrian Hudspeth
_____
*Defendant(s)*

Civil Action No. 4:25-cv-04354

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Adrian Hudspeth
Houston Housing Authority
2640 Fountain View Dr  Houston, TX 77057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ JUN 1 2 2026 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Save A Life Homes, LLC
Matthew Jackson

_____
*Plaintiff(s)*

v.

Houston Housing Authority
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:25-cv-04354

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Houston Housing Authority
2640 Fountain View Dr
Houston, TX 77057

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ JUN 1 2 2026 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

SAVE A Life Homes, LLC

Matthew Jackson

*Plaintiff(s)*

v.

Civil Action No. 4:25-cv-04354

Carmen Villarreal

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Carmen Villarreal
8863 Arletta St
Houston, TX 77061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8830 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ JUN 1 2 2026 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Sav A Life Homes, LLC

Matthew Jackson
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*

v.

Civil Action No. 4:25-cv-04354

Mayra Amezquita

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mayra Amezquita
8311 Clayton St
Houston TX 77061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 2 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Save A Life Homes LLC
Matthew Jackson

*Plaintiff(s)*

v.

Estate of Rogelio P Villafanes
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:25-cv-04354

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Estate of Rogelio P. Villafanc
8311 Cayton St
Houston TX 77061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
9230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ JUN 1 2 2026 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Save A Life Homes LCC

Matthew Jackson

*Plaintiff(s)*

v.

Rubi Villafans

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:25-cv-04354

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Rubi Villafans
8311 Cayton St Houston, TX 77061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 2 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Save A Life/Homes LLC C
Matthew Jackson
*Plaintiff(s)*

v.

Civil Action No. 4:25-cv-04354

Venson Gibbs
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Venson Gibbs
8311 Cayton St Houston, TX 77061

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 2 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Save A Life Homes LCC
Matthew Jackson

*Plaintiff(s)*

v.

Civil Action No. 4:25-cv-04354

Secundino Vazquez

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    1001 Wayside Huston, TX 77011
Secundino Vazquez

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Huston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    JUN 1 2 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Save A Life Homes LLC
Matthew Jackson

*Plaintiff(s)*

v.

Officer Rodriguez Payan G

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

4:25-cv-04354

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Officer Rodriguez Payan
Houston Police Department
1200 Travis St, Houston, TX 77002
Internal Affairs Division

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____JUN 1 2 2026_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Sav A Life Homes LLC  )
Matthew Jackson  )
*Plaintiff(s)*  )
  )
v.  )    Civil Action No. 4:25-cv-04354
  )
  )
  )
Houston Public Works  )
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Houston Public Works
611 Walker St
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    JUN 1 2 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Save A Life Homes LLC
Matthew Jackson

*Plaintiff(s)*

v.

Civil Action No. 4:25-cv-04354

Officer Robarge, SM

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Officer Robarge, SM
Houston Police Department 1200 Travis St,
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JUN 1 2 2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Save A Life Homes LLC
Matthew Jackson

_Plaintiff(s)_

v.

Officer Brown PW

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 4:25-CV-04354

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Officer Brown PW
Houston Police Department
1200 Travis St Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: JUN 1 2 2026

_Signature of Clerk or Deputy Clerk_