AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

)
)
)
)
Matthew Jackson )
*Plaintiff(s)* )
v. )  Civil Action No. 4:25-cv-04354
)
)
)
State of Texas / Office of the Attorney General )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

STATE of Texas / Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
**NATHAN OCHSNER**

Date: 6/18/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

)
)
)
)
Matthew Jackson )
*Plaintiff(s)* )
)
v. )     Civil Action No. 4:25-cv-04354
)
)
Harris County, Texas )
County Judge's Office )
*Defendant(s)* )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Harris County, Texas
County Judge's Office
1001 Preston Street, Suite 911
Houston, TX 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Matthew Jackson
8230 Glen Valley Dr
Houston, TX 77061

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**NATHAN OCHSNER**

Date: 6/18/2026

_____
Signature of Clerk or Deputy Clerk