

July 10, 2026

The Honorable George Hanks
Southern District of Texas
515 Rusk, Suite 6202
Houston, Texas 77002

Re:    Civil Action No. 4:25-cv-4354; *Jackson v. Constable Precinct 2; et al*  In the
       United States District Court Southern District of Texas Houston Division

Dear Judge Hanks:

This letter is in response to Plaintiff's motion for substitute service upon Sheriff Ed Gonzalez and Constable Jerry Garcia [DE 59].  Plaintiff also filed a motion for service by publication on the same date, July 1, 2026 [DE 60]. Prior to filings these two motions, Plaintiff did not comply with this Court's pre-motion letter requirement.  The undersigned has attempted to confer with Plaintiff about service issues on both officials, and Plaintiff has not responded to my telephone calls and emails requesting dialogue.

**Nature of Suit**

Plaintiff appears to assert claims related to real property disputes and eviction proceedings.  On May 27, 2026 this Court ordered Plaintiff to file any service-related motions by May 29, 2026.  Plaintiff's filings of July 1, 2026 are thus untimely.

**Statement of Facts**

It is unclear how Sheriff Gonzalez and Constable Garcia are individually involved in this case.  Plaintiff asserts claims against various municipal, county, state and federal defendants and alleges claims under the First, Fourth, Fifth and Fourteenth Amendments as well as claims for equitable relief, but as best as I can ascertain, there are no allegations that either official personally participated in any way in the real property dispute. According to Plaintiff's filing, service by certified mail was attempted upon both officials.

**Agreement reached by the parties**

No agreement has been reached.

**Basis for the anticipated motions**

Jackson v. Constable Precinct 2;et al
Page 2


Should the issue of service upon Sheriff Gonzalez and/or Constable Garcia be resolved in Plaintiff's favor, I anticipate both Sheriff Gonzalez and Constable Garcia will request leave to file motions to dismiss and motions to stay pursuant to their entitlement to qualified immunity.


Very respectfully,

/s/ James C Butt

James C. Butt


cc.  Mr. Matthew Jamal Jackson

Michelle C. Taylor