## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW JACKSON, Individually and on behalf of SAVE A LIFE HOMES, LLC, | § § § § | CASE NO. 4:25-cv-04354 |
| *Plaintiff*, | § § | |
| v. | § § | |
| MAYRA AMEZQUITE, *et al.*, | § § | |
| *Defendants*. | | |

## NOTICE OF APPEARANCE

Emily H. Owen of Carrington, Coleman, Sloman & Blumenthal, LLP enters this Notice of Appearance for Defendants Houston Housing Authority d/b/a Housing Alliance HTX and Adrian Hudspeth, in his official capacity. Her contact information is:

> Emily H. Owen
> Email: eowen@ccsb.com
> State Bar No. 24116865
> CARRINGTON, COLEMAN, SLOMAN
> & BLUMENTHAL, L.L.P.
> 2200 Ross Ave., Suite 1800
> Dallas, Texas 75201
> Phone: (214) 855-3000

/s/Emily H. Owen

**Emily H. Owen** (*Attorney-in-Charge*)
 Texas Bar No. 24116865
 eowen@ccsb.com
**CARRINGTON, COLEMAN, SLOMAN
 & BLUMENTHAL, L.L.P.**
2200 Ross Ave., Suite 1800
Dallas, Texas 75201
Telephone:  (214) 855-3000
Facsimile:  (214) 580-2641

*Attorneys for the Housing Authority
Defendants*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 14, 2026, a true and correct copy of the above and foregoing document was properly served by ECF on all parties in this case or their counsel of record.

/s/ Emily H. Owen
Emily H. Owen