United States District Court
Southern District of Texas

**ENTERED**

July 14, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW JACKSON, Individually and on behalf of SAVE A LIFE HOMES, LLC,** | § § § § | |
| | § | **CASE NO. 4:25-cv-04354** |
| *Plaintiff*, | § § | |
| **v.** | § § | |
| **MAYRA AMEZQUITE,** *et al.*, | § § § | |
| *Defendants*. | § | |

### ORDER GRANTING HOUSING AUTHORITY DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF ANSWER DEADLINE

Before the Court is Houston Housing Authority d/b/a Housing Alliance HTX and Adrian Hudspeth, in his official capacity's (collectively the "Housing Authority Defendants"), Unopposed Motion for Extension of Answer Deadline filed on July 14, 2026 (the "Motion").

Noting that the 30-day extension requested is unopposed and finding good cause shown, the Motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the Housing Authority Defendants shall file their answer or other response to Plaintiff's Complaint on or before **August 14, 2026**.

Date:_____July 14, 2026_____

George C. Hanks Jr

Hon. George C. Hanks, Jr.
United States District Judge

ORDER                                                                                          Solo Page