

| | |
|---|---|
| Justin Sassaman | PHONE:          (737)-231-6206 |
| Assistant Attorney General | FAX:          (512) 320-0667 |
| General Litigation Division | EMAIL: justin.sassaman@oag.texas.gov |

July 15, 2026

Honorable George C. Hanks, Jr.
United States District Judge
515 Rusk St., Room 11535
Houston, TX 77002

Re: *Matthew Jackson v. Mayra Amezquita, et al.,* Civil Action No. 4:25-cv-04354, in the U.S.D.C.,
     S.D. of Texas, Houston Division; Letter Requesting Pre-Motion Conference be Reset.

Dear Judge Hanks:

     The Court set a Pre-Motion Conference for tomorrow, July 16th, at 2:00 p.m. over Zoom in the above-referenced matter. I will be out of town on a pre-planned vacation on the 16th and 17th of July and will not be able to attend. I am respectfully requesting the Court reset the hearing for a later date. I return to the office on July 20th. I thank the Court for its consideration.

               Respectfully,

               /s/ Justin Sassaman
               JUSTIN SASSMAN
               Assistant Attorney General
               General Litigation Division