

# CITY OF HOUSTON
### Legal Department

**John Whitmire**

Mayor

Arturo G. Michel
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

July 15, 2026

The Honorable George C. Hanks, Jr.
Southern District of Texas
515 Rusk, Suite 6202
Houston, Texas 77002

Re:    Civil Action No. 4:25-cv-4354; *Matthew Jackson v. Mayra Amezquita, et al;* In the
United States District Court Southern District of Texas - Houston Division

Dear Judge Hanks:

Counsel for the City of Houston is available July 16, at 2:00 pm for the Zoom conference. However, if the Court moves the date at Mr. Sassman's request, the City asks that the conference be moved to some date after July 27. I will not be available, even by Zoom, next week. Thank you for your consideration of this matter.

Warm regards,

*/s/ Eric Laskowski*
Eric Laskowski
Assistant City Attorney

Council Members:  Amy Peck   Tarsha Jackson   Abbie Kamin   Carolyn Evans-Shabazz   Fred Flickinger   Tiffany D. Thomas   Mary Nan Huffman   Mario Castillo
Joaquin Martinez   Edward Pollard   Martha Castex-Tatum   Julian Ramirez   Willie Davis   Twila Carter   Letitia Plummer   Sallie Alcorn
Controller:  Chris Hollins