**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Matthew Jamal Jackson | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−04354 |
| | § | |
| Mayra Amezquita, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Pre−Motion Conference

Date and Time: July 16, 2026 at 2:00 p.m.

Date: July 16, 2026

Nathan Ochsner, Clerk