United States District Court
Southern District of Texas
**ENTERED**
July 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MATTHEW JAMAL JACKSON,  §
    Plaintiff,  §
      §
VS.  §  CIVIL ACTION NO. 4:25-CV-04354
      §
MAYRA AMEZQUITA, *et al.*,  §
    Defendants.  §

## ORDER

Pending before the Court is Plaintiff's Motion for Extension of Time to File Proof of Service (Dkt. 56), Motion to Substitute Service (Dkt. 59), and Motion for Service by Publication (Dkt. 60). The Court finds that substituted service is not warranted and **DENIES** Plaintiff's motions requesting such (Dkts. 59, 60).

The Court **GRANTS IN PART** Plaintiff's Motion for Extension (Dkt. 56) and **ORDERS** Plaintiff to serve the remaining Defendants in accordance with the law and file proof of such **by Monday, August 3, 2026**. Failure to do so may result in the dismissal of Plaintiff's claims for want of prosecution.

Also pending before the Court is Defendant State of Texas's request for a pre-motion conference (Dkts. 64, 69). The Court finds that no pre-motion conference is necessary. The Court **GRANTS** Defendant State of Texas's request for leave to file a Motion to Dismiss. Defendant State of Texas may file its motion, if any, **by Monday, August 3, 2026**. Plaintiff's response will be due **by Monday, August 24, 2026**, and

1 / 2

Defendant's reply will be due **by Monday, August 31, 2026**. No sur-reply may be filed without leave of the Court.

SIGNED at Houston, Texas on July 20, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE