# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas

20260714-170

Matthew Jamal Jackson

8230 Glen Valley Dr.
Houston, TX 77061

United States Courts
Southern District of Texas
FILED

JUL 27 2026

Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

Date: Tuesday, July 14, 2026
Case Number: 4:25-cv-04354
Document Number: 67 (1 page)
Notice Number: 20260714-170
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

HOUSTON TX PDC

15 JUL 2026 PM 5

US POSTAGE ™ PITNEY BOWES

ZIP 77002 $ 000.78
02 7W
0008035818 JUL. 15. 2026

United States Courts
Southern District of Texas
FILED

**JUL 27 2026**

Nathan Ochsner, Clerk of Court

MS

NIXIE          773    DE 1              7207/23/26
RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 77208101010    *0493-02172-23-