Abbie Kamin
COUNTY ATTORNEY

August 26, 2026

The Honorable George Hanks
USDC -Southern District of Texas
515 Rusk, Suite 6202
Houston, Texas 77002

Re: Civil Action No. 4:25-cv-4354; *Jackson v. Constable Precinct 2;* In the United States District Court Southern District of Texas Houston Division

Dear Judge Hanks:

This is a request to add a premotion request to the zoom conference currently set for 10:00 a.m., September 10, 2026, on behalf of Harris County.

**Nature of Suit**

Plaintiff appears to assert claims related to real property disputes and eviction proceedings. On December 15, 2025, the Court entered an order directing Plaintiff to "properly serve the defendants and file proof of service on the court's docket." [Doc. #8]. On February 24, 2026, the Memorandum and Recommendation of the Magistrate Judge recommended that the case be dismissed without prejudice for failure to serve the Defendants. On July 10, 2026 the undersigned advised this Court that Defendant Garcia and Gonzalez had not been served with summons and complaint. That appears to be the case at this time. However, on August 26, 2026, the undersigned learned that Harris County received summons and complaint on June 30, 2026. Thus, Harris County seeks leave to file a motion to dismiss out of time.

**Statement of Facts**

It is unclear how Harris County is involved in this case. Plaintiff asserts claims against municipal, county, state and federal defendants and alleges claims under the Fourth and Fourteenth Amendments as well as claims for equitable relief.

**Agreement reached by the parties**

No agreement has been reached.

**Basis for the anticipated motion**

Harris County asserts that Plaintiff has failed to state a claim for which relief can be granted. His claims appear to be solely related to his own real property interest and lacking in policy, practice and custom underpinning. Harris County further contends that Plaintiff lacks standing. Aside from the pleading deficiencies on federal and equitable claims, any state-based claims fall within the ambit of the Texas Tort Claims Act and its provisions of immunity.

Harris County requests leave to file its motion to dismiss. We appreciate the Court's consideration of this request.

Very respectfully,

*/s/ James C Butt*

James C. Butt

cc. Mr. Matthew Jamal Jackson