**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

Matthew Jamal Jackson

v. Case Number: 4:25−cv−04354

Mayra Amezquita, et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge George C Hanks, Jr**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1659076472?pwd=hHcdCrVqkr6hpioyssBgAdibbNhKqa.1*
Meeting phone number: 16692545252
Meeting ID: 165 907 6472
Meeting Password: 974978

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/10/2026

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Pre−Motion Conference

---

Date: September 9, 2026 Nathan Ochsner, Clerk