**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW JAMAL JACKSON,** *Plaintiff,* | § § § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-04354** |
| **MAYRA AMEZQUITA, et al** *Defendants.* | § § § § | |

# ORDER

The Motion to Dismiss having been filed by Defendants Gonzalez and Garcia, Plaintiff having filed his response, the Court having reviewed the motion, response and reply, grants the motion in all respects. All claims against Defendants Ed Gonzalez and Jerry Garcia are dismissed with prejudice.

SO ORDERED.

Signed on _______________, at Houston, Texas.

______________________________
United States District Judge