**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW JAMAL JACKSON,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-04354** |
| | § | |
| **MAYRA AMEZQUITA, et al** *Defendants.* | § | |
| | § | |

# ORDER

The Motion to Stay having been filed by Defendants Constable Jerry Garcia and Sheriff Ed Gonzalez, Plaintiff having filed his response, the Court having reviewed the motion, response and reply, grants the motion in all respects. All discovery is stayed pending resolution of their affirmative defenses of qualified immunity.

SO ORDERED.

Signed on _______________, at Houston, Texas.

______________________________
United States District Judge