**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MATTHEW JAMAL JACKSON,** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-04354** |
| | § | |
| **MAYRA AMEZQUITA, et al** | § | |
| ***Defendants.*** | § | |
| | § | |

# ORDER

The Motion to Dismiss having been filed by Defendant Harris County, Plaintiff having filed his response, the Court having reviewed the motion, response and reply, grants the motion in all respects. All claims against Defendant Harris County are dismissed with prejudice.

SO ORDERED.

Signed on _______________, at Houston, Texas.

_____________________________
United States District Judge