United States Courts
Southern District of Texas
FILED
OCT 0 6 2026
Nathan Ochsner, Clerk of Court

CIVIL ACTION NO. 4:25-cv-04354

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MATTHEW JAMAL JACKSON, Individually and as Owner of SAVE A LIFE HOMES, LLC,
*Plaintiff,*

v.

MAYRA AMEZQUITA, RUBI VILLAFANA, MALCOLM D. GIBSON, M.D. GIBSON & ASSOCIATES, JPMORGAN CHASE BANK, NA, SECURE MORTGAGE COMPANY, SECUNDINO VAZQUEZ, CARMEN VILLARREAL, FIDELITY NATIONAL TITLE INSURANCE COMPANY, ROGELIO P. VILLAFANA (DECEASED), VENSON GIBBS, HARRIS COUNTY SHERIFF'S OFFICE, HARRIS COUNTY CONSTABLE PRECINCT 2, HOUSTON POLICE DEPARTMENT, OFFICER ROBARGE S.M., OFFICER P.W., OFFICER RODRIGUEZ PAYAN G, CITY OF HOUSTON, HOUSTON PUBLIC WORKS, HOUSTON HOUSING AUTHORITY, ADRIAN HUDSPETH, HARRIS COUNTY JUSTICE COURT PRECINCT 2 PLACE 2, JUDGE DOLORES LOZANO, JOHN DOE CLERK OF COURT, JUDGE ALFRED H. BENNETT, HARRIS COUNTY TEXAS, STATE OF TEXAS, AND ALL UNKNOWN HEIRS,
*Defendants.*

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Matthew Jamal Jackson, proceeding *pro se*, hereby files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff filed his First Amended Complaint in the above-captioned matter on December 15, 2025.
2. As of the date of this filing, no Defendant has served an Answer or a Motion for Summary Judgment in this action.
3. Accordingly, Plaintiff is entitled to dismiss this action as a matter of right without an order from the Court.

4. Plaintiff voluntarily dismisses all claims against all Defendants in the above-captioned action, without prejudice.
5. Plaintiff requests that the Court enter an order dismissing this case without prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ Matthew Jamal Jackson
Matthew Jamal Jackson
*Pro Se Plaintiff*
8230 Glen Valley Dr
Houston, TX 77061
Email: savealifehomes06@gmail.com
Phone: 646-588-9376

CERTIFICATE OF SERVICE

I certify that on this 6 day of October, 2026, a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal was served upon all Defendants in this action in accordance with the Federal Rules of Civil Procedure by the following means:

Via Electronic Mail and/or U.S. Mail (First-Class, Postage Prepaid):

Counsel for Harris County Defendants:
James Butt
Harris County Attorney's Office
Email: james.butt@harriscountytx.gov

Counsel for City of Houston Defendants:
Natoya Inglis
City of Houston Legal Department
Email: natoya.inglis@houstontex.gov

Eric Laskowski
City of Houston Legal Department
Email: eric.laskowski@houstontex.gov

Counsel for State of Texas:
Justin Sassaman
Office of the Attorney General of Texas
Email: justin.sassaman@oag.texas.gov

Counsel for Fidelity National Title Insurance Company:
E. Owen
Email: eowen@ccsb.com

Counsel for Fidelity National Financial / Fidelity National Title:
Jonathan Cunningham
Email: jonathan.cunningham@fnf.com

United States District Court – Southern District of Texas:
Kimberly Picota
United States District Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002
Email: Kimberly_Picota@txs.uscourts.gov

Via U.S. Mail (First-Class, Postage Prepaid) to all remaining Defendants at their last known addresses:

Mayra Amezquita – 8311 Cayton St, Houston, Texas 77061

Rubi Villafana – 8311 Cayton St, Houston, Texas 77061

Malcolm D. Gibson – M.D. Gibson & Associates, 2500 West Loop South #400, Houston, TX 77027

JPMorgan Chase Bank, NA – CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201

Secure Mortgage Company – 825 Town and Country Ln Ste 1200, #17, Houston, TX 77024

Secundino Vazquez – 1001 Wayside Houston, TX 77011

Carmen Villarreal – 8003 Arletta St Houston, TX 77061

Fidelity National Title Insurance Company – 4540 FM 1960 West Houston, TX 77069

Rogelio P Villafana (Deceased) – Unknown address

Venson Gibbs – Unknown address

All Unknown Heirs – Unknown addresses

Houston Housing Authority – 2640 Fountain View Dr, Houston, TX 77057

Adrian Hudspeth – Houston Housing Authority, 2640 Fountain View Dr, Houston, TX 77057

Judge Alfred H. Bennett – United States District Court, Southern District of Texas, 515 Rusk Street, Houston, TX 77002

John Doe, Clerk of Court – United States District Court, Southern District of Texas, 515 Rusk Street, Houston, TX 77002

State of Texas – Office of the Attorney General, 300 West 15th Street, Austin, TX 78701

Harris County, Texas – 1001 Preston St, Houston, TX 77002

Harris County Sheriff's Office – 1200 Baker St, Houston, TX 77002

Harris County Constable Precinct 2 – 10851 Scarsdale Blvd, Suite 300, Houston, TX 77089

Harris County Justice Court Precinct 2, Place 2 – 10851 Scarsdale, Suite 500, Houston, TX 77089

Judge Dolores Lozano – Harris County Justice Court Precinct 2, Place 2

City of Houston – 901 Bagby St, Houston, TX 77002

Houston Public Works – 611 Walker St, Houston, TX 77002

Houston Police Department – 1200 Travis St, Houston, TX 77002

/s/ Matthew Jamal Jackson
Matthew Jamal Jackson
*Pro Se Plaintiff*
8230 Glen Valley Dr
Houston, TX 77061
Email: savealifehomes06@gmail.com
Phone: 646-588-9376